UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. A11-78851-MGD |
| | ) | |
| Zimica Lashan Leslie, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Trustee filed a Trustee's "Notice and Payment into the Court for Unclaimed Funds" on 3/9/2015 and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the registry of the court in the amount of $595.27 on behalf of United Credit Recovery LLC. On September 17, 2016, Dilks & Knopik, LLC, as assignee to United Credit Recovery LLC filed a petition seeking payment of this sum. The petition and the documents attached thereto establish that claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $595.27, payable to Dilks & Knopik, LLC as assignee to United Credit Recovery LLC and shall send said check to payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065-9216.

IT IS SO ORDERED, this 11th day of October 2016.

_Mary Grace Diehl_
MARY GRACE DIEHL
UNITED STATES BANKRUPTCY JUDGE

No Opposition:

_____
Mary Ida Townson, Chapter 13 Trustee
Bar # 765063

Application Submitted By:

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
As assignee to United Credit Recovery LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216
(425) 836-5728


Distribution List:
United States Attorney, 1800 Richard Russell Federal Building, 75 Spring Street, SE  Atlanta, GA 30303
United Credit Recovery, LLC, 5224 W. SR 46 Suite 319, Sanford, FL 32771
Mary Ida Townson, Case Trustee, courtdailysummary@atlch13tt.com,
Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216